IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

IN THE MATTER OF

TROY DEMON CARTER, DBA TROY
CARTER WELDING,

DEBTOR

IN PROCEEDINGS
UNDER CHAPTER 7

NO. 25-90591
JUDGE: Mary P. Gorman

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES Regions Bank ("the Movant"), by and through its attorneys, LOGS Legal Group LLP, and states as follows:

1. The Debtor filed a Chapter 13 Petition on  October 21, 2025.  He converted the case to a Chapter 7 Proceeding on March 27, 2026.

2. The Movant is a creditor of the Debtor's, pursuant to a note that is  secured by a mortgage on the Debtor's residence,  commonly known as: 1308 South Abercorn Street, Urbana, IL 61802.  (True and correct copies of the subject loan documents are attached hereto and incorporated herein, by reference).

3. The Debtor is in default under the terms of the  note and the mortgage for failure to make the installment payment that came  due on  October 1, 2024 and all subsequently accruing monthly installments.  Monthly payments have been assessed at $1,408.03 each, from October 2024 , through July 2025; at $1,420.38 each from August 2025 through October 2025; and at $1,359.43 each, from November 2025 to date. That default does not include attorneys' fees, costs of collection and other advances and it does not constitute reinstatement.

4. The indebtedness due the Movant as of May 5, 2026 was $199,143.17 after applying all offsets and credits due the Debtor.

5. The Debtor's Schedule A / B suggests that the property has a fair market value of approximately $197,250.00.

6. The Debtor's Statement of Intention calls for him to surrender the property.

7. Thomas W. Toolis, the Trustee of the Chapter 7 estate has neither taken any action to administer the property nor filed a Report of No Distribution.

8. The Movant lacks adequate protection in that there is no equity in the premises and that the Debtor is not making payments to the Movant as required by the loan documents.

9. The subject property is not necessary for an effective reorganization, and the Movant is entitled to relief pursuant to 11 USC 362(d).

10. For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.


WHEREFORE, Regions Bank prays for the entry of an order modifying the automatic stay to allow it to pursue and enforce its In Rem rights under non-bankruptcy state law with respect to the property commonly known as: 1308 S. Abercorn Street, Urbana, IL. 61802. Those rights include the right to foreclose the mortgage or, in its sole discretion, to accept: a short sale of the subject property or a deed to the subject property in lieu of foreclosure; that Federal Bankruptcy Rule 4001(a)(4) be waived and for such further relief as the Court deems just.

Respectfully submitted,

/s/ Richard B. Aronow
Attorney for Regions Bank

Richard B. Aronow 3123969 Email: raronow@logs.com
Michael N. Burke 6291435 Email: mburke@logs.com
Amy A. Aronson 6206512 Email: aaronson@logs.com
LOGS Legal Group LLP
2801 Lakeside Drive, Suite 207
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he caused a true and correct copy of this notice and the attached motion on the parties listed below on  May 15, 2026.

/s/ Richard B. Aronow

Richard B. Aronow 3123969 Email: raronow@logs.com
Michael N. Burke 6291435 Email: mburke@logs.com
Amy A. Aronson 6206512 Email: aaronson@logs.com
LOGS Legal Group LLP
2801 Lakeside Drive, Suite 207
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
25-102515

Notified via Electronic Filing
Monica Kindt, U.S. Trustee, 401 Main Street, Suite 1100, Peoria, IL 61602
Thomas W. Toolis, Frankfort Law Group, 10075 West Lincoln Highway, Frankfort, IL 60462
Jeffrey Abbott, 201 W Olive Street, Bloomington, IL 61701

Notified via US Postal Service
Troy Demon Carter, dba Troy Carter Welding, 1308 S. Abercorn St., Urbana, IL 61802
Air Force Federal Credit Union, 1560 Cable Ranch Road Ste 200, San Antonio TX 78245
Americollect, 1851 South Alverno Road, Manitowoc WI 54220
Americollect Inc, PO BOX 2080, Manitowoc WI 54221
BlockFi, PO Box 57780, Salt Lake City UT 84157
Craig A. Edelman, P.O. Box 9013, Addison TX 75001
Credit Collection Services, 725 Canton St, Norwood MA 02062
Deanna L. Litzenburg, 23 Public Square Ste 300, Belleville IL 62220
Denise Williams, 4550 W. Sahara Ave Apt. 1117 Las Vegas NV 89102
DESERVE INC, PO BOX 57780, Salt Lake City UT 84157
Elan Financial Service, PO Box 790084, Saint Louis MO 63179
Fifth Third Bank, PO Box 630778, Cincinnati OH 45263

FIFTH THIRD BANK, 1850 EAST PARIS SE, Grand Rapids MI 49546
Fifth Third Bank, N.A., PO Box 9013, Addison TX 75001
First National Bank Of Omaha, 1601 DODGE ST STOP CODE 3113 Omaha NE 68102
FNB Omaha, Po Box 3412, Omaha NE 68197
Internal Revenue Service, Centralized Insolvency Operation Post Office Box 7346 Philadelphia
PA 19101-7346
LVNV Funding LLC/Resurgent Capital Servicing, PO Box 1269 Resurgent Correspondence
Greenville SC 29602
LVNV Funding, LLC Resurgent Capital Services, PO Box 10587, Greenville SC 29603
Monique Coleman, 2503 Priaire Green Drive, Urbana IL 61802
NIHFCU, 111 Rockville Pk PO Box 6475, Rockville MD 20849
Pinnacle Credit Services, LLC Resurgent Capital Services, PO Box 10587, Greenville SC 29603
Portfolio Recovery Associates LLC, PO BOX 41067, Norfolk VA 23541
Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541
Signature FCU, PO Box 148, Alexandria VA 22313
Signature Federal Credit Union, 12 Herbert St, Alexandria VA 22305
Sunrise Credit Service Group, 260 Airport Plaza, Farmingdale NY 11735
Synchrony Bank, Po Box 965005, Orlando FL 32896
Toya Douglas, 1405 Stout Drive, Urbana IL 61802
Urbana, 203 U.S. Courthouse 201 S. Vine Street Urbana IL 61802
US BANK, PO BOX 5229, Cincinnati OH 45201

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**