**IT IS SO ORDERED.**

**SIGNED THIS: June 2, 2026**

_____

**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| TROY DEMON CARTER, DBA TROY CARTER WELDING, | NO. 25-90591 JUDGE: Mary P. Gorman |
| DEBTOR | |

ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on Regions Bank's motion,  the Court having

jurisdiction, being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That the automatic stay  is modified to the extent necessary to enable the Movant to

pursue and enforce its In Rem rights under non-bankruptcy state law  with respect to the

property commonly known as:  1308 S. Abercorn Street, Urbana, IL. 61802.  Those

rights include the right to foreclose the mortgage  or, in its sole discretion, to accept:  a

short sale of the subject property or a deed to the subject property in lieu of foreclosure

2.  That upon the entry of a discharge in this case, no personal deficiency judgment be entered against the Debtor.

3.  That Federal Bankruptcy Rule 4001(a)(4) is not applicable to this order.

###